**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Woosik Min** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number  20-16742
(if known)

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................  $  **877,500.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.....................................................  $  **158,510.24**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................  $  **1,036,010.24**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $  **2,540,048.77**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............................  $  **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................  $  **642,216.11**

   **Your total liabilities** $  **3,182,264.88**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*...................................................  $  **901.33**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..............................................................  $  **7,857.01**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1   **Woosik Min**                                            Case number *(if known)*   **20-16742**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Woosik Min** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number: 20-16742
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **136 Stephens Lane Mahwah, NJ 07430 Bergen County**<br>**$850,000 appraisal value - 10% cost of sale = $765,000**<br>Line from *Schedule A/B*: **1.1** | $382,500.00 | ■ $25,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **136 Stephens Lane Mahwah, NJ 07430 Bergen County**<br>**$850,000 appraisal value - 10% cost of sale = $765,000**<br>Line from *Schedule A/B*: **1.1** | $382,500.00 | ■ $54,075.62<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2017 Landrover Evoque 36000 miles leasehold interest only**<br>Line from *Schedule A/B*: **3.1** | Unknown | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2018 BMW X3 24000 miles leasehold interest only**<br>Line from *Schedule A/B*: **3.2** | Unknown | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Household golds and furnishings, tools, sports equipment, paintings**<br>Line from *Schedule A/B*: **6.1** | $4,700.00 | ■ $4,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Woosik Min** | | Case number (if known) | **20-16742** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $150.00 | ■ | $150.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: PNC Bank**<br>Line from *Schedule A/B*: **17.1** | $318.49 | ■ | $318.49 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Woori America Bank**<br>Line from *Schedule A/B*: **17.2** | $181.72 | ■ | $181.72 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: TD Bank**<br>Line from *Schedule A/B*: **17.3** | $79.79 | ■ | $79.79 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Woori Bank Korea**<br>Line from *Schedule A/B*: **17.4** | $67,720.00 | ■ | $745.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IRA: IRA**<br>Line from *Schedule A/B*: **21.1** | $82,048.91 | ■ | $82,048.91 | **11 U.S.C. § 522(d)(12)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Woosik** | | **Min** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number: 20-16742
(if known)

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **GG Corp**<br>Creditor's Name | Describe the property that secures the claim:<br>**6-5 Iwahdong Jongro Seoul KOREA 1/3 interest in inherited property owned with 2 sisters 1/3 each Debtor's gross interest = $500,000 before cost of sale software only allows whole percentage ownership and is rounding 33.3% down to 33%** | **$520,000.00** | **$1,500,000.00** | **$20,000.00** |

**Jangchoongdanro 192
Seoul
KOREA**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| Debtor 1 | **Woosik Min** | | | Case number (if known) | **20-16742** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Heesik Min** | Describe the property that secures the claim: | $500,000.00 | $1,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Kukje Kumyungro,
Yeongdengpogu
Hanyang Apt H-501
Seoul
KOREA**

Number, Street, City, State & Zip Code

**6-5 Iwahdong Jongro Seoul KOREA
1/3 interest in inherited property owned with 2 sisters 1/3 each
Debtor's gross interest = $500,000 before cost of sale
software only allows whole percentage ownership and is rounding 33.3% down to 33%**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Division of Inheritance - Coowner**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | **M&T Bank** | Describe the property that secures the claim: | $581,590.00 | $765,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 1288
Buffalo, NY 14240-1288**

Number, Street, City, State & Zip Code

**136 Stephens Lane Mahwah, NJ 07430  Bergen County
$850,000 appraisal value - 10% cost of sale = $765,000**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2015**    Last 4 digits of account number _____

| Debtor 1 | **Woosik Min** | | Case number (if known) | **20-16742** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.4 | **PNC Bank** | Describe the property that secures the claim: | $75,258.77 | $765,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**136 Stephens Lane Mahwah, NJ 07430  Bergen County**
**$850,000 appraisal value - 10% cost of sale = $765,000**

**PO Box 96065**
**Pittsburgh, PA 15226**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **line of credit taken out by debtor's wife**

Date debt was incurred    Last 4 digits of account number

| 2.5 | **Taepyungyang Industry Co (Pan-Pacific)** | Describe the property that secures the claim: | $363,200.00 | $1,500,000.00 | $363,200.00 |
|---|---|---|---|---|---|

Creditor's Name

**6-5 Iwahdong Jongro Seoul KOREA**
**1/3 interest in inherited property owned with 2 sisters 1/3 each**
**Debtor's gross interest = $500,000 before cost of sale**
**software only allows whole percentage ownership and is rounding 33.3% down to 33%**

**12 Digital Ro 31 Gil**
**Guro**
**Seoul**
**KOREA**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Last 4 digits of account number

| Debtor 1 | **Woosik Min** | | | Case number (if known) | **20-16742** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 | **Yeon Sik Min** | **Describe the property that secures the claim:** | $500,000.00 | $1,500,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**6-5 Iwahdong Jongro Seoul KOREA
1/3 interest in inherited property owned with 2 sisters 1/3 each
Debtor's gross interest = $500,000 before cost of sale
software only allows whole percentage ownership and is rounding 33.3% down to 33%**

**Samgakdong Gambuk Tribela Apt 203-1301
Seoul
KOREA**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Division of Inheritance - coowner**

Date debt was incurred   **2010**          Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,540,048.77 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,540,048.77 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1  **Woosik Min**
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   **20-16742**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Woosik Min**                              X  _____
   **Woosik Min**                                    Signature of Debtor 2
   Signature of Debtor 1

   Date  **June 8, 2020**                           Date  _____

**Fill in this information to identify your case:**

Debtor 1: **Woosik Min**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **20-16742**

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **GG Corp**<br><br>Description of property securing debt: **6-5 Iwahdong Jongro Seoul KOREA**<br>**1/3 interest in inherited property owned with 2 sisters 1/3 each Debtor's gross interest = $500,000 before cost of sale software only allows whole percentage ownership and is rounding 33.3% down to 33%** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>**Retain and pay** | ■ No<br><br>☐ Yes |
| Creditor's name: **Heesik Min**<br><br>Description of property: **6-5 Iwahdong Jongro Seoul KOREA**<br>**1/3 interest in inherited property owned with 2 sisters 1/3 each Debtor's gross interest = $500,000 before cost of sale** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ No<br><br>☐ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | Woosik Min | | Case number (*if known*) | 20-16742 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| property securing debt: | software only allows whole percentage ownership and is rounding 33.3% down to 33% | ■ Retain the property and [explain]: **Retain and pay** | |

| Creditor's name: | **M&T Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and pay** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **136 Stephens Lane Mahwah, NJ 07430  Bergen County $850,000 appraisal value - 10% cost of sale = $765,000** | | |

| Creditor's name: | **PNC Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and pay** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **136 Stephens Lane Mahwah, NJ 07430  Bergen County $850,000 appraisal value - 10% cost of sale = $765,000** | | |

| Creditor's name: | **Taepyungyang Industry Co (Pan-Pacific)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Retain and pay** | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **6-5 Iwahdong Jongro Seoul KOREA 1/3 interest in inherited property owned with 2 sisters 1/3 each Debtor's gross interest = $500,000 before cost of sale software only allows whole percentage ownership and is rounding 33.3% down to 33%** | | |

| Creditor's name: | **Yeon Sik Min** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Retain and pay** | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **6-5 Iwahdong Jongro Seoul KOREA 1/3 interest in inherited property owned with 2 sisters 1/3 each Debtor's gross interest = $500,000 before cost of sale software only allows whole percentage ownership and is rounding 33.3% down to 33%** | | |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:   **BMW Financial Services** | |

| Debtor 1 | **Woosik Min** | Case number *(if known)* | **20-16742** |
|---|---|---|---|

☐ No
■ Yes

Description of leased Property: **Vehicle lease**

Lessor's name: **Land Rover Financial Group**

■ No
☐ Yes

Description of leased Property: **vehicle lease**

Lessor's name: **Verizon Wireless**

☐ No
■ Yes

Description of leased Property: **month to month cell phone**

### Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Woosik Min**
**Woosik Min**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **June 8, 2020**

Date _____

# United States Bankruptcy Court
### District of New Jersey

In re  **Woosik Min**                                                                 Case No.  **20-16742**
                                    Debtor(s)                                               Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June  8, 2020**                                  **/s/ Woosik Min**
                                                                **Woosik Min**
                                                                 Signature of Debtor

250 W. 39th Street Inc.
250 W. 39th St
New York, NY 10018


Bank of Hope
c/o Saiber LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932


BMW Financial Services
PO Box 9001065
Louisville, KY 40290-1065


Clerk, Civil Part
Superior Court of NJ
10 Main St
Hackensack, NJ 07601


Fisher Taubenfield, LLC
225 Broadway
Suite 1700
New York, NY 10007


GG Corp
Jangchoongdanro 192
Seoul
KOREA


Heesik Min
Kukje Kumyungro, Yeongdengpogu
Hanyang Apt H-501
Seoul
KOREA


Internal Revenue Service (notice only)
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Itriaventues LLC
462 7th Avenue
New York, NY 10018

```
Land Rover Financial Group
PO Box 78058
Phoenix, AZ 85062-8058


M&T Bank
P.O. Box 1288
Buffalo, NY 14240-1288


NJ Division of Taxation (notice only)
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


PNC Bank
PO Box 96065
Pittsburgh, PA 15226


PT Kwang Lim Endah
JL Raya Pagaden Subang Gembor RT 18/06
Subang
INDONESIA


Robin Sprouse/RAS Sales Inc
15 Orchard Drive
Ossining, NY 10562


Taepyungyang Industry Co (Pan-Pacific)
12 Digital Ro 31 Gil
Guro
Seoul
KOREA


US Bank
PO Box 790408
Saint Louis, MO 63179


Verizon Wireless
500 Technology Drive
Suite 550
Saint Charles, MO 63304


Yeon Sik Min
Samgakdong Gambuk
Tribela Apt 203-1301
Seoul
KOREA
```

```
Youngok Min
136 Stephens Lane
Mahwah, NJ 07430
```